

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00136-CR

**ALVIN CLAUDE LINTON,**

                                      **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                        **Appellee**

### From the 77th District Court
### Limestone County, Texas
### Trial Court No. 14172-A

## O R D E R

The reporter's record in this appeal was filed on May 16, 2018. State's Exhibit 1, State's Exhibit 17, and Defendant's Exhibit 1, each a video copied onto separate DVDs which were introduced and admitted into evidence, were not included in the reporter's record.

Accordingly, the reporter is ORDERED to obtain State's Exhibits 1 and 17 and Defendant's Exhibit 1 from the trial court clerk, prepare copies of the exhibits, and file the copies of the exhibits with this Court as a supplemental reporter's record within 14 days

from the date of this Order.  *See* TEX. R. APP. 34.6(d); (g)(1).  The copies must be in a format that will allow the Court to view the videos using industry standard video software rather than any type of proprietary software.  If for any reason the exhibits cannot be copied, the reporter is ordered to contact the Clerk of this Court within 7 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed January 2, 2019

